■ BARRY T. MALIN, M.D., P. C. PENSION PLAN, Respondent, v FRANK RUSSO, Appellant. (Appeal No. 2.) [619 NYS2d 1023] —Appeal unanimously dismissed without costs (see, *Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Green, J. P., Balio, Wesley, Callahan and Doerr, JJ.

■ JOANNE HECK, Respondent, v E. JOHN BOULOS, Appellant, et al., Defendants. [619 NYS2d 1005] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Calvaruso, J. (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Dismiss Complaint.) Present—Green, J. P., Balio, Wesley, Callahan and Doerr, JJ.

■ MARK D. PETERSON et al., Respondents, v THOMAS ZUERCHER, JR., et al., Appellants. [619 NYS2d 1005] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted plaintiffs' motion for a protective order and denied defendants' cross motion for an order compelling plaintiffs to comply with the discovery demands. Defendants made no factual showing of special, unusual or extraordinary circumstances warranting further discovery (see, *Gould v Marone,* 197 AD2d 862; *S.A.B. Enters. v Village of Athens,* 178 AD2d 820; *Spinosa v Hartford Fire Ins. Co.,* 114 AD2d 633; *Bandike Assocs. v B.B.M. Realty Corp.,* 55 AD2d 999). (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Discovery.) Present—Green, J. P., Balio, Wesley, Callahan and Doerr, JJ.